IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*PLAINTIFF* | §<br>§<br>§ | |
| VS. | § | No. 6:70-CV-5176 (SCHNEIDER) |
| | § | |
| TYLER INDEPENDENT SCHOOL<br>DISTRICT, ET AL,<br>*DEFENDANTS* | §<br>§<br>§<br>§ | |

## NOTICE OF FILING

TO THE HONORABLE JUDGE OF SAID COURT:

Tyler Independent School District (the "District"), Defendant, files this Notice of Filing regarding District's semi-annual compliance report in the above-numbered and -referenced action. A true and correct copy of the compliance report is attached hereto as Exhibit A and incorporated herein by reference as if recited verbatim.

Respectfully submitted,

By: _____
JOHN C. HARDY
State Bar No. 08992500
JOHN M. HARDY
State Bar No. 24059897
RANDALL J. COOK
State Bar No. 04744660

HARDY COOK & HARDY, P.C.
2080 Three Lakes Parkway
Tyler, Texas 75703
903-561-8400 (telephone)
903-561-8228 (facsimile)

FOR DEFENDANT TYLER ISD

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2015, a true and correct copy of the foregoing document was served on the following counsel via electronic service and/or by regular, United States first class mail, properly addressed and postage prepaid.

Kelly Gardner
Trial Attorney
U. S. Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., NW
Washington, D.C.  20530

_____
COUNSEL FOR TYLER ISD