## Jose L. Gonzalez

| | |
|---|---|
| **From:** | Audrea Moore |
| **Sent:** | Thursday, July 21, 2016 4:11 PM |
| **To:** | kelly.gardner@usdoj.gov; mark.dann@usdoj.gov |
| **Cc:** | Marcos G. Ronquillo; Jose L. Gonzalez; Teresa Guerra Snelson; Tyler Independent Sc___U_S_ of America v_ T___20036_20_ __Email |
| **Subject:** | Tyler Independent School District - Unfiled Draft Motion For Unitary Status [IWOV-Legal.FID78528] |
| **Attachments:** | 2016.07.21 MGR LTR to DOJ Re Draft Motion For Unitary Status (001).pdf; DRAFT- TISD Motion for Declaration of Unitary Status (7 21 16).pdf |
| **Importance:** | High |

Ms. Gardner,

Please see attached correspondence from Mr. Ronquillo in the above referenced matter. Please let me know if you have any questions or issues regarding receipt of the attached documents.

Thank you

*Audrea S. Moore*
*Paralegal*
**FISHMAN JACKSON RONQUILLO**
A PROFESSIONAL LIMITED LIABILITY COMPANY
700 THREE GALLERIA TOWER
13155 NOEL ROAD, L.B. 13
DALLAS, TEXAS 75240
amoore@fjrpllc.com
Phone: 972.419.5500
Fax: 972.419.5501
Direct Dial: 972.419.5518

The following disclaimer is included to insure that we comply with U.S. Treasury Department Regulations. The Regulations now require that either we (1) include the following disclaimer in most written Federal tax correspondence or (2) undertake significant due diligence that we have not performed (but can perform on request).

ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED BY YOU OR ANY OTHER PERSON, (1) FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive client-attorney or work product privilege by the transmission of this message.

**EXHIBIT "A"**

FISHMAN|JACKSON|RONQUILLO

MARCOS G. RONQUILLO
mgronquillo@fjrpllc.com
(972) 419-5530

July 21, 2016

**VIA E-MAIL:** Kelly.gardner@usdoj.gov

Ms. Kelly Gardner
Trial Attorney
US Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Re: Unfiled Draft Motion for Unitary Status
United States of America v. Tyler Independent School District, Et al.
No. 6:70-CV-5176

Dear Ms. Gardner,

Per the Court initiated conference call on Tuesday, July 19, 2016, and our agreement to submit an unfiled draft Motion for Unitary Status on or before **Noon** on July 22, 2016, please find attached to this email the above referenced document.

Please let us know when we can meet to discuss possible settlement once you have had a chance to review our motion.

Also we would like to schedule a time when we can confer on preparing and filing a Status Report to the Court that is due by **5:00 pm on August 5, 2016.**

Thank you.

Sincerely,

Marcos G. Ronquillo

MGR/dbc

Enclosure

cc: Mark Dann     -Via e-mail: mark.dann@usdoj.gov
    Jose L. Gonalez –Via e-mail jgonzalez@fjrpllc.com
    Teresa Guerra Snelson – tguerrasnelson@fjrpllc.com