## Jose L. Gonzalez

| | |
|---|---|
| **From:** | Dann, Mark (CRT) <Mark.Dann@usdoj.gov> |
| **Sent:** | Thursday, July 28, 2016 9:15 AM |
| **To:** | Marcos G. Ronquillo; Jose L. Gonzalez |
| **Cc:** | Gardner, Kelly (CRT); Smith, Rosalyn (CRT) |
| **Subject:** | Tyler ISD: Request for Information |

Marcos:

We are in the process of reviewing Tyler ISD's draft Motion for Declaration of Unitary Status, and have a some questions about Jones Elementary MST Academy that we need to have answered to fully evaluate the proposed motion.

As you know, approximately 368 students are assigned to Jones, and the racial composition of the school is 52.7% Black, 6% White, and 38.6% Hispanic. By contrast, Tyler ISD's entire elementary enrollment is 28.3% Black, 22.1% White, and 45.8% Hispanic. Based on our analysis of the District's student assignment data, 108 Black students and 60 Hispanic students who live outside the Jones attendance zone are assigned to the school. By contrast only 25 White students are assigned to Jones from outside the school's attendance zone. We are hoping your answers to the questions below will help us understand how the District assigns students to Jones.

1. When did the District begin operating the MST academy at Jones, and was this decision approved by the court?

2. Please describe the magnet program (e.g., a whole-school magnet, a school-within-a-school, etc.), including its intended purpose (e.g., purely academic, desegregation, etc.); explain the admissions process used to admit students to the school, including any consideration of race; and describe with specificity all admission criteria.

3. Provide the District's explanation for the racial disparity in enrollment.

Please let us know as soon as possible how long it will take for you to answer these questions, and please note that we are willing to participate in a telephone call with a District employee who can answer these questions if it will help expedite the response. Thank you.

Mark & Kelly

*Mark A. Dann*
Senior Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W., PHB 4300
Washington, DC  20530
Tel: 202-305-1231  |  Fax 202-514-8337
mark.dann@usdoj.gov

This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also contain legally privileged information. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies.

**EXHIBIT "B"**