# Jose L. Gonzalez

| | |
|---|---|
| **From:** | Jose L. Gonzalez |
| **Sent:** | Wednesday, August 3, 2016 5:35 PM |
| **To:** | 'Dann, Mark (CRT)'; Gardner, Kelly (CRT); Smith, Rosalyn (CRT); Jose L. Gonzalez |
| **Cc:** | Marcos G. Ronquillo; Teresa Guerra Snelson |
| **Subject:** | RE: Tyler ISD: Request for Information |

Mark :

Here is the breakdown information we have on out of zone students who attended Jones Elementary for 2015-16.

<u>Transfers (101)</u>

7 administrative (these are kids who were transferred to Jones because of problems at the sending school e.g. bullying, safety reasons )-- 6 Black, 1 AI.

10 employee transfers ( these are kids whose parents work in the district) --5 Black, 4 White and 1 Black/white .

3 transfers after Feb. 1st ( these are kids who transferred after the deadline for submitting a transfer request e.g. death in the family, other family issues)---3 Black.

1 Homeless student –I Black

23 Intra-district transfers---12 Black, 4 White, 6 AI, 1 Black/white.

52 Magnet Transfers ---41 Black, 8 White, 2 AI, 1 AI/white.

1 PEG. 1 Black.  (TISD believes this student may have miscoded as PEG. The student came from Peete Elem. and may be a carryover from the previous year. Peete was a performing school as was Jones so the District believes, for that reason, this student may have been miscoded).

4 sibling transfers.  1 Black, 2 white, 1AI.

<u>Other students ( 90 )</u>

14 students attend the pre-K Headstart  program housed at Jones----12 Black, 2 white.

43 Special Education students attended the elementary and pre-K program housed at Jones----21 white, 10 Black, 9 AI, 1 Black/AF, 1 Black/white, 1 Pacific Islander.

33 Early Education students who attend the program housed at Jones----11 Black, 12 white, 5 AI, 3 AI/white, 2 Black/white.


The District reports that there is a reference in a 2004 Board minutes where they considered funding for computers for the Magnet program.  This is the earliest reference we can find to the Jones MST. They are still reviewing Board minutes to see what else they can find about when the Jones MST started.

1

**EXHIBIT "C"**

*Jose L. Gonzalez*

**FISHMAN | JACKSON | RONQUILLO**
A PROFESSIONAL LIMITED LIABILITY COMPANY
13155 NOEL ROAD, SUITE 700, L.B. 13
DALLAS, TEXAS 75240
jgonzalez@fjrpllc.com
Main: 972.419.5500
Direct: 972.419.5507
Fax: 972.419.5501

The following disclaimer is included to insure that we comply with U.S. Treasury Department Regulations. The Regulations now require that either we (1) include the following disclaimer in most written Federal tax correspondence or (2) undertake significant due diligence that we have not performed (but can perform on request).

ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED BY YOU OR ANY OTHER PERSON, (1) FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive client-attorney or work product privilege by the transmission of this message.

**From:** Dann, Mark (CRT) [mailto:Mark.Dann@usdoj.gov]
**Sent:** Wednesday, August 3, 2016 7:43 AM
**To:** Jose L. Gonzalez <jgonzalez@fjrpllc.com>; Gardner, Kelly (CRT) <Kelly.Gardner@usdoj.gov>; Smith, Rosalyn (CRT) <Rosalyn.Smith@usdoj.gov>
**Cc:** Marcos G. Ronquillo <mgronquillo@fjrpllc.com>; Teresa Guerra Snelson <tguerrasnelson@fjrpllc.com>
**Subject:** RE: Tyler ISD: Request for Information

Thank you, Jose. Do you know when you'll be able to provide the other information we requested?

*Mark A. Dann*
Senior Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W., PHB 4300
Washington, DC 20530
Tel: 202-305-1231 | Fax 202-514-8337
mark.dann@usdoj.gov

**From:** Jose L. Gonzalez [mailto:jgonzalez@fjrpllc.com]
**Sent:** Tuesday, August 02, 2016 4:42 PM
**To:** Dann, Mark (CRT); Gardner, Kelly (CRT); Smith, Rosalyn (CRT)
**Cc:** Jose L. Gonzalez; Marcos G. Ronquillo; Teresa Guerra Snelson
**Subject:** FW: Tyler ISD: Request for Information

Mark:
As a follow up to our conference call this afternoon, attached is our campus racial composition chart for Jones Elementary school. If you have any questions, let me know. Jones is covered in the section of the motion on elementary schools that were at one point racially balanced for both black and white students during desegregation but subsequently became imbalanced and are in 2015 racially balanced for white not black students.

*Jose L. Gonzalez*

**FISHMAN ⁞ JACKSON ⁞ RONQUILLO**
A PROFESSIONAL LIMITED LIABILITY COMPANY
13155 NOEL ROAD, SUITE 700, L.B. 13
DALLAS, TEXAS 75240
jgonzalez@fjrpllc.com
Main: 972.419.5500
Direct: 972.419.5507
Fax: 972.419.5501

The following disclaimer is included to insure that we comply with U.S. Treasury Department Regulations. The Regulations now require that either we (1) include the following disclaimer in most written Federal tax correspondence or (2) undertake significant due diligence that we have not performed (but can perform on request).

ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED BY YOU OR ANY OTHER PERSON, (1) FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive client-attorney or work product privilege by the transmission of this message.

<

<

## JONES ELEMENTARY
## CAMPUS STUDENT RACIAL COMPOSITION

| Year | Native American | | Asian | | Black | | Hispanic | | White | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1972 | 0 | 0.00% | 0 | 0.00% | 80 | 36.04% | 0 | 0.00% | 142 | 63.96% | X | X | 222 |
| 1973 | 0 | 0.00% | 0 | 0.00% | 105 | 39.92% | 2 | 0.76% | 156 | 59.32% | X | X | 263 |
| 1974 | 0 | 0.00% | 0 | 0.00% | 81 | 32.93% | 1 | 0.41% | 164 | 66.66% | X | X | 246 |
| 1975 | 0 | 0.00% | 0 | 0.00% | 89 | 33.33% | 1 | 0.38% | 177 | 66.29% | X | X | 267 |
| 1976 | 1 | 0.39% | 0 | 0.00% | 82 | 32.03% | 4 | 1.56% | 169 | 66.02% | X | X | 256 |
| 1977 | 0 | 0.00% | 0 | 0.00% | 95 | 35.31% | 15 | 5.58% | 159 | 59.11% | X | X | 269 |
| 1978 | 0 | 0.00% | 4 | 1.53% | 98 | 37.55% | 15 | 5.75% | 144 | 55.17% | X | X | 261 |
| 1979 | 2 | 0.80% | 5 | 1.99% | 90 | 35.86% | 25 | 9.96% | 129 | 51.39% | X | X | 251 |
| 1980 | 0 | 0.00% | 4 | 1.72% | 115 | 49.36% | 23 | 9.87% | 91 | 39.05% | X | X | 233 |
| 1981 | 0 | 0.00% | 3 | 1.31% | 109 | 47.39% | 17 | 7.39% | 101 | 43.91% | X | X | 230 |
| 1982 | 0 | 0.66% | 2 | 0.66% | 149 | 49.18% | 21 | 6.93% | 129 | 42.57% | X | X | 303 |
| 1983 | 3 | 1.15% | 2 | 0.77% | 157 | 60.15% | 17 | 6.51% | 82 | 31.42% | X | X | 261 |
| 1984 | 3 | 1.09% | 2 | 0.72% | 168 | 60.87% | 25 | 9.06% | 78 | 28.26% | X | X | 276 |
| 1985 | 4 | 1.49% | 3 | 1.12% | 160 | 59.48% | 29 | 10.78% | 73 | 27.13% | X | X | 269 |
| 1986 | 0 | 0.00% | 4 | 1.65% | 161 | 66.53% | 19 | 7.85% | 58 | 23.97% | X | X | 242 |
| 1987 | 0 | 0.00% | 3 | 1.16% | 188 | 72.87% | 17 | 6.59% | 50 | 19.38% | X | X | 258 |
| 1988 | 0 | 0.00% | 1 | 0.38% | 212 | 80.00% | 9 | 3.40% | 43 | 16.22% | X | X | 265 |
| 1989 | 0 | 0.00% | 2 | 0.69% | 223 | 77.16% | 10 | 3.46% | 54 | 18.69% | X | X | 289 |
| 1990 | 0 | 0.00% | 1 | 0.31% | 256 | 80.00% | 17 | 5.31% | 46 | 14.38% | X | X | 320 |
| 1991 | 0 | 0.00% | 1 | 0.28% | 288 | 80.45% | 22 | 6.14% | 47 | 13.13% | X | X | 358 |
| 1992 | 0 | 0.00% | 2 | 0.55% | 263 | 72.85% | 35 | 9.70% | 61 | 16.90% | X | X | 361 |
| 1993 | 2 | 0.73% | 3 | 1.09% | 198 | 72.00% | 33 | 12.00% | 39 | 14.18% | X | X | 275 |
| 1994 | 0 | 0.00% | 3 | 0.94% | 225 | 70.53% | 46 | 14.42% | 45 | 14.11% | X | X | 319 |
| 1995 | 0 | 0.00% | 1 | 0.32% | 220 | 70.97% | 50 | 16.13% | 39 | 12.58% | X | X | 310 |
| 1996 | 0 | 0.00% | 1 | 0.34% | 192 | 65.53% | 58 | 19.80% | 42 | 14.33% | X | X | 293 |
| 1997 | 0 | 0.00% | 1 | 0.30% | 218 | 66.06% | 65 | 19.70% | 46 | 13.94% | X | X | 330 |
| 1998 | 0 | 0.00% | 1 | 0.34% | 216 | 73.72% | 45 | 15.36% | 31 | 10.58% | X | X | 293 |
| 1999 | 0 | 0.00% | 0 | 0.00% | 233 | 73.73% | 57 | 18.04% | 26 | 8.23% | X | X | 316 |
| 2000 | 1 | 0.32% | 1 | 0.32% | 232 | 73.88% | 52 | 16.56% | 28 | 8.92% | X | X | 314 |
| 2001 | 2 | 0.64% | 1 | 0.32% | 232 | 74.12% | 50 | 15.97% | 28 | 8.95% | X | X | 313 |
| 2002 | 2 | 0.68% | 0 | 0.00% | 196 | 66.44% | 64 | 21.69% | 33 | 11.19% | X | X | 295 |

Highlighted years indiciate years of racial balance.    1    X - Denotes No Information Reported

JONES ELEMENTARY
CAMPUS STUDENT RACIAL COMPOSITION

| Year | Native American | | Asian | | Black | | Hispanic | | White | | Other | | Total |
|------|-----|-------|---|-------|-----|--------|-----|--------|----|-------|----|-------|------|
| 2003 | 1 | 0.35% | 0 | 0.00% | 196 | 68.29% | 77 | 26.83% | 13 | 4.53% | X | X | 287 |
| 2004 | 2 | 0.66% | 0 | 0.00 | 197 | 65.02% | 87 | 28.71% | 17 | 5.61% | X | X | 303 |
| 2005 | 4 | 1.28% | 0 | 0.00% | 182 | 58.34% | 102 | 32.69% | 24 | 7.69% | X | X | 312 |
| 2006 | 0 | 0.00% | 0 | 0.00% | 176 | 59.66% | 97 | 32.88% | 22 | 7.46% | X | X | 295 |
| 2007 | 0 | 0.00% | 0 | 0.00% | 174 | 60.21% | 101 | 34.95% | 14 | 4.84% | X | X | 289 |
| 2008 | 0 | 0.00% | 0 | 0.00% | 167 | 56.99% | 112 | 38.23% | 14 | 4.78% | X | X | 293 |
| 2009 | 1 | 0.32% | 2 | 0.65% | 199 | 64.19% | 92 | 29.68% | 16 | 5.16% | X | X | 310 |
| 2010 | 0 | 0.00% | 2 | 0.60% | 197 | 59.34% | 98 | 29.52% | 20 | 6.02% | 15 | 4.52% | 332 |
| 2011 | 0 | 0.00% | 1 | 0.28% | 213 | 60.17% | 111 | 31.36% | 20 | 5.65% | 9 | 2.54% | 354 |
| 2012 | 0 | 0.00% | 1 | 0.28% | 202 | 56.58% | 113 | 31.65% | 28 | 7.85% | 13 | 3.64% | 357 |
| 2013 | 1 | 0.29% | 0 | 0.00% | 200 | 58.14% | 119 | 34.59% | 18 | 5.23% | 6 | 1.75% | 344 |
| 2014 | 0 | 0.00% | 0 | 0.00% | 181 | 50.84% | 141 | 39.61% | 24 | 6.74% | 10 | 2.81% | 356 |
| 2015 | 0 | 0.00% | 0 | 0.00% | 193 | 49.36% | 158 | 40.41% | 30 | 7.67% | 10 | 2.56% | 391 |

Highlighted years indiciate years of racial balance.    2    X - Denotes No Information Reported