**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| *Plaintiff* | | |
| v. | § § § § § § § | Case No. 6:70-cv-5176 |
| TYLER INDEPENDENT SCHOOL DISTRICT, *et al.*, | | |
| *Defendants* | | |

**FINAL JUDGMENT**

The parties' Joint Motion for Declaration of Unitary Status and Dismissal (Doc. No. 68) is **GRANTED**. The Tyler Independent School District is **DECLARED UNITARY** in all areas.

This case is **DISMISSED**.

**It is SO ORDERED**.

**SIGNED** this 26th day of August, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE